FRANCES McMAHON et al., Respondents, *v.* STATEN ISLAND COACH COMPANY, INC., Appellant.

Argued May 27, 1937; decided June 11, 1937.

*Bertram G. Eadie* for appellant.

*Lloyd R. Christopher* and *Joseph P. Walsh* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.